IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JODY TALLBEAR, </br></br>    Plaintiff, </br></br>    v. </br></br> DAN BROUILLETTE, in his official capacity as Secretary of the United States Department of Energy,[1] </br></br>    Defendant. | Case No. 1:17-cv-00025 (DLF) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned counsel hereby stipulate that all of Plaintiff's claims in this matter are dismissed in their entirety with prejudice. Each party shall bear their own costs aside from such attorneys' fees, costs, and expenses as the parties may have expressly agreed upon in writing on or before the date of the execution of this Stipulation.

Dated: March 6, 2020                                                              Respectfully submitted,

*/s/ Dennis A. Corkery*                                                          JOSEPH H. HUNT
Dennis A. Corkery (DC Bar No. 1016991)                      Assistant Attorney General
Washington Lawyers' Committee for
Civil Rights and Urban Affairs                                          CARLOTTA P. WELLS
700 14th St., NW, Suite 400                                              Assistant Branch Director
Washington, DC 20005
Office: 202-319-1000                                                          */s/*
Email: Dennis_Corkery@washlaw.org                           R. CHARLIE MERRITT
                                                                                                Trial Attorney (VA Bar No. 89400)
Mark H. Reeves (DC Bar No. 1030782)                         U.S. Department of Justice
Kilpatrick Townsend & Stockton LLP                           Civil Division, Federal Programs Branch
Enterprise Mill, 1450 Greene St., Suite 230                  919 East Main Street, Suite 1900

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Department of Energy Secretary Dan Brouillette is substituted in his official capacity as the Defendant in this case.

Augusta, GA 30901  
Phone: 706-823-4206  
Fax: 706-828-4488  
Email: mreeves@kilpatricktownsend.com  

*Counsel for Plaintiff*

Richmond, VA 23219  
(202) 616-8098 (phone)  
(804) 819-7417 (fax)  
 robert.c.merritt@usdoj.gov  

*Counsel for Defendant*